G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JEROME O'DELL

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JEROME O'DELL | Case No. 2:12-cv-05403-DDP-MRW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS EVERGREEN PROFESSIONAL RECOVERIES, INC.; and DOES 1 to 10, inclusive,** |
| EVERGREEN PROFESSIONAL RECOVERIES, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jerome O'Dell against Defendants Evergreen Professional Recoveries, Inc., and Does 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff Jerome O'Dell and Defendants Evergreen Professional Recoveries, Inc., and Does 1 to 10, inclusive shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 24, 2012

*[signature]*

United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF JEROME O'DELL
AND DEFENDANTS EVERGREEN PROFESSIONAL RECOVERIES, INC., et al – 2:12-cv-05403-DDP-MRW

- 1 -